

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20634-CR-KING/MCALILEY

18 U.S.C. § 1594(c)
18 U.S.C. § 1591(a)(1)
18 U.S.C. § 1594(e)(1)

UNITED STATES OF AMERICA

vs.

CHRISTOPHER ANDREW TERRY, and
JENNIFER RIVERA,

      Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

From in or around August 2012, the exact date being unknown to the Grand Jury, through on or about August 19, 2012, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**CHRISTOPHER ANDREW TERRY and
JENNIFER RIVERA,**

did knowingly and willfully combine, conspire, confederate and agree with each other and with others known and unknown to the Grand Jury, to knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain and maintain by any means a person, that is, minor H.G., knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud and coercion would be used to cause H.G. to engage in a commercial sex act, and knowing, and in reckless disregard of the fact, that H.G. had not attained the age of 18 years and

would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(1) and (b)(2); all in violation of Title 18, United States Code, Section 1594(c).

## COUNT TWO

From in or around August 2012, the exact date being unknown to the Grand Jury, through on or about August 19, 2012, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**CHRISTOPHER ANDREW TERRY and
JENNIFER RIVERA,**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain and maintain by any means a person, that is, minor H.G., knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud and coercion would be used to cause H.G. to engage in a commercial sex act, and knowing, and in reckless disregard of the fact, that H.G. had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(1), (b)(2) and 2.

## CRIMINAL FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **CHRISTOPHER ANDREW TERRY** and **JENNIFER RIVERA**, have an interest.

2. Upon conviction of any of the violations alleged in this Indictment, the defendants, **CHRISTOPHER ANDREW TERRY** and **JENNIFER RIVERA**, shall forfeit to the United States

2

any property which the defendants used or intended to be used to commit or to facilitate such violation, and any property constituting, or derived from, any proceeds which the defendant obtained, directly or indirectly, as the result of any such violation.

3. The property that is subject to forfeiture includes, but is not limited to:

   a. One (1) black Samsung cellular phone seized on August 19, 2012.

All pursuant to Title 18, United States Code, Section 1594(e).

A TRUE BILL

FC

_____, Chief, Crim Div
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
SETH M. SCHLESSINGER
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

CHRISTOPHER ANDREW TERRY and
JENNIFER RIVERA,

Defendants.
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)

| | | |
|---|---|---|
| X Miami | ___ Key West | |
| ___ FTL | ___ WPB | ___ FTP |

New Defendant(s)           Yes ___   ___
Number of New Defendants   ___
Total number of counts     ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    No
   List language and/or dialect

4. This case will take    3-4    days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   I   0 to 5 days        X
   II  6 to 10 days       ___
   III 11 to 20 days      ___
   IV  21 to 60 days      ___
   V   61 days and over   ___

   (Check only one)

   Petty      ___
   Minor      ___
   Misdem.    ___
   Felony     X

6. Has this case been previously filed in this District Court? (Yes or No)    No
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)    Yes
   If yes:
   Magistrate Case No.                12-mj-3177-FGT
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of    8/19/12
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    ___ Yes    X No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    ___ Yes    X No

_____
Seth M. Schlessinger
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 64065

*Penalty Sheet(s) attached

REV 4/8/08

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** <u>CHRISTOPHER ANDREW TERRY</u>

**Case No:** _____

Count 1:

Conspiracy to Engage in Sex Trafficking of a Minor/by Means of Force, Fraud or Coercion

Title 18, United States Code, Section 1594(c)

**\*Max. Penalty:** Life imprisonment

Count 2:

Engaging in Sex Trafficking of a Minor/by Means of Force, Fraud or Coercion

Title 18, United States Code, Section 1591(a)(1), (b)(1) and (b)(2)

**\*Max. Penalty:** Life imprisonment (mandatory minimum term of 15 years' imprisonment)

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** <u>JENNIFER RIVERA</u>

**Case No:**

Count 1:

Conspiracy to Engage in Sex Trafficking of a Minor/by Means of Force, Fraud or Coercion

Title 18, United States Code, Section 1594(c)

**\*Max. Penalty:** Life imprisonment

Count 2:

Engaging in Sex Trafficking of a Minor/by Means of Force, Fraud or Coercion

Title 18, United States Code, Section 1591(a)(1), (b)(1) and (b)(2)

**\*Max. Penalty:** Life imprisonment (mandatory minimum term of 15 years' imprisonment)

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable**